George C. Yu (CSB # 193881)
SCHIFF HARDIN LLP
515 South Flower Street
Suite 3619
Los Angeles, CA 90071
Telephone: (213) 236-3767
Facsimile: (415) 901-8701
gyu@schiffhardin.com

Imron Aly (*pro hac vice*)
Thomas White (*pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-6600
ialy@schiffhardin.com
twhite@schiffhardin.com

Stephen J. Smith (*pro hac vice*)
SCHIFF HARDIN LLP
901 K Street NW, Suite 700
Washington, DC 20001
Telephone: (202) 778-6400
Facsimile: (202) 778-6460
ssmith@schiffhardin.com

Attorneys for Plaintiff
JPW INDUSTRIES INC.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPW INDUSTRIES INC., <br><br> Plaintiff, <br><br> v. <br><br> OLYMPIA TOOLS INTERNATIONAL, INC. <br><br> Defendant. | Civil No. CV 17-7415-GW(AGRx) <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL** |

      Before the Court is the parties' Joint Stipulation of Dismissal. Accordingly, it is hereby ORDERED that this action be dismissed with prejudice, each party to

**PROPOSED ORDER GRANTING
STIPULATION OF DISMISSAL**
Case No. 2:17-cv-07415-GW-AGR

bear its own attorneys' fees and costs.

SIGNED this 31st day of August, 2018.

_____
GEORGE H. WU, U.S. District Judge